

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00348-CV

---

CAROL ANN GIBBONS AND
VIRGINIA FLOYD

APPELLANTS

V.

LUBY'S INC., LUBY'S
RESTAURANTS LIMITED
PARTNERSHIP, AND LUBY'S
MANAGEMENT, INC.

APPELLEES

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellants Carol Ann Gibbons and Virginia Floyd filed a notice of accelerated appeal, attempting to appeal the trial court's September 16, 2010 "Order on Defendants' Motion to Set Aside Default Judgment and Grant New Trial." On October 6, 2010, this court sent the parties a letter informing them of

---

[1]*See* Tex. R. App. P. 47.4.

our concern that we may not have jurisdiction over this appeal because the order did not appear to be an appealable interlocutory order. We stated that unless appellants or any party desiring to continue the appeal filed with the court by October 18, 2010, a response showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

Both parties responded to our letter. Appellees' response states that this court should dismiss the appeal for want of jurisdiction because the trial court's original order was an interlocutory default judgment, no severance of any issue or party has occurred, and there is no statutory basis for this interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code. Ann. § 51.014 (Vernon 2008) (listing permissible interlocutory appeals); *see also Lehman v. Har-Con Corp.,* 39 S.W.3d 191, 192–93 (Tex. 2001). Appellants' response states that unless this court believes that it has jurisdiction, they will pursue a remedy by way of a petition for writ of mandamus.[2]

---

[2]Appellants subsequently filed a petition for writ of mandamus, which we denied. *See In re Gibbons*, No. 02-10-00400-CV, 2010 WL 4569998 (Tex. App.—Fort Worth Nov. 4, 2010, orig. proceeding [mand. denied]).

We can discern no statutory basis for this interlocutory appeal. Therefore, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  January 27, 2011